IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCODE TELECOM GROUP,<br><br>    Plaintiff,<br><br>  v.<br><br>INCODE TECHNOLOGIES CORP., ET AL.,<br><br>    Defendant.<br>_____/ | No. CV 05-01619 JCS<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by the Court** that pursuant to the Consent Order and Injunction, filed on June 14, 2005, judgment is entered in favor of the Plaintiff.

    **IT IS SO ORDERED AND ADJUDGED**.

Dated: June 14, 2005                                           Richard W. Wieking, Clerk

                                                                                                      By: <u>Karen L. Hom</u><br>                                                                                                           <u>Deputy Clerk</u>